

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-70769 MAG (DMR) |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| GERMAINE RAMSEY, | ) | |
| Defendant. | ) | |

## I. DETENTION ORDER

Defendant Germaine Ramsey is charged in a complaint with aiding and abetting an unarmed bank robbery in violation of 18 U.S.C. §§ 2 and 2113(a). On September 6, 2011, the United States moved for Ms. Ramsey's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Pretrial Services prepared a full bail study. At the September 8, 2011 hearing before this Court, Defendant waived the timing of her right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise), and retained her right to raise any

DETENTION ORDER
CR 11-70769 MAG (DMR)                1

cc: Copy to parties via ECF, 2 Certified copies to US Marshal, Pretrial Services

1  additional relevant information at a later hearing.

2  After considering the limited information available to the Court, and the factors set forth
3  in 18 U.S.C. § 3142(g), the Court detains Ms. Ramsey as a danger to the community and finds
4  that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure her
5  appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d
6  1403, 1406 (9th Cir. 1985).

## II.  CONCLUSION

8  The Court detains Ms. Ramsey at this time.  Because Defendant waived her right to
9  present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information
10 at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any
11 future time.

12 Ms. Ramsey shall remain committed to the custody of the Attorney General for
13 confinement in a corrections facility separate, to the extent practicable, from persons awaiting or
14 serving sentences or being held in custody pending appeal.  Defendant shall be afforded
15 reasonable opportunity for private consultation with counsel.  On order of a court of the United
16 States or on request of an attorney for the Government, the person in charge of the corrections
17 facility in which Defendant is confined shall deliver Defendant to a United States marshal for the
18 purpose of an appearance in connection with a court proceeding.

19 IT IS SO ORDERED.

DATED: September 8, 2011

_____
DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 11-70769 MAG (DMR)                             2