| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Criminal Chief |
| 4 | JOSHUA HILL (CABN 250842)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612 |
| 7 | Telephone:  (510) 637-3740<br>Facsimile:   (510) 637-3724 |
| 8 | E-Mail:       Joshua.Hill2@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-11-70769-MAG |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS |
| v. | ) ) | CONFERENCE AND EXCLUDE TIME<br>UNDER THE SPEEDY TRIAL ACT |
| GERMAINE RAMSEY, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through her attorney, Elena Condes, that the preliminary hearing or arraignment presently set for October 18, 2011, be continued to November 17, 2011 at 9:30 a.m.  Defense counsel requires additional time to review the produced discovery and conduct necessary investigation.  The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be excluded based on the defense's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Defendant also agrees to waive the timing of a preliminary hearing or indictment under 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1.  The parties

STIPULATION AND [PROPOSED] ORDER
No. 4-11-70769-MAG

1   agree that the waiver covers all time between the date of this stipulation and November 17, 2011.

2   IT IS SO STIPULATED:

3   Dated: October 17, 2011                                          /S/
                                                           ELENA CONDES
4                                                          *Attorney for Defendant*

6   Dated: October 17, 2011                                          /S/
                                                           JOSHUA HILL
7                                                          Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for October 18, 2011 is hereby rescheduled for November 17, 2011 at 9:30 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between October 17, 2011 and November 17, 2011 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 17, 2011 and November 17, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between October 17, 2011 and November 17, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). In addition, upon consent of defendant, the timing of a preliminary hearing or indictment is waived pursuant to 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1. The waiver covers all time between October 17, 2011 and November 17, 2011.

DATED: October 17, 2011                    _____
                                           LAUREL BEELER
                                           United States Magistrate Judge